UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE ZAMBRANO-VAZQUEZ,

    Petitioner,

    v.

KRISTI NOEM, *et al.*,

    Respondents.

Case No. C26-122-RSM

ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM DEADLINE

This matter comes before the Court on Petitioner's Motion for Relief from Deadline, Dkt. #9, regarding his Response to the Government's Return Memorandum.

Having considered the instant Motion and remainder of the record, the Court hereby finds and ORDERS that Petitioner's Motion for Relief from Deadline, Dkt. #9, is GRANTED.

DATED this 17th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM DEADLINE - 1